United States District Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EURISE LEBLANC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-308 |
| KUBOTA TRACTOR CORPORATION, *et al.*, | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 14, entered in this case granting the defendants' motion to dismiss, Dkt. 11, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 19th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE